1  Deborah J. Fox (SBN 110929)
   dfox@meyersnave.com
2  Ruthann G. Ziegler (SBN 88854)
   rziegler@meyersnave.com
3  Dawn A. McIntosh (SBN 162713)
   dmcintosh@meyersnave.com
4  MEYERS NAVE, RIBACK, SILVER & WILSON
   555 Capitol Mall, Suite 1200
5  Sacramento, California 95814
   Telephone: (916) 556-1531
6  Facsimile: (916) 556-1516

7  Attorneys for Defendant
   CITY OF CITRUS HEIGHTS

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| MISAGRO, a California Corporation, | CASE NO. 2:09-CV-03215-GEB-EFB |
|---|---|
| Plaintiff, | Filed: November 18, 2009 |
| v. | ORDER EXTENDING TIME FOR EXPERT DISCLOSURE AND EXCHANGE |
| CITY OF CITRUS HEIGHTS, a Municipal Corporation, | [FRCP 26(a)(2)(c)] |
| Defendant. | |

Pursuant to plaintiff Misagro and defendant City of Citrus Heights ("the City") Stipulation to Extend Time for Expert Disclosure and Exchange.

IT IS HEREBY ORDERED THAT:

1. The time for the parties to exchange initial expert disclosure requirements pursuant to Federal Rules of Civil Procedure Rule 26(a)(2)(c)(i) is extended from March 13, 2011 to April 13, 2011.

2. The time for the parties to exchange any contradictory and/or rebuttal expert disclosure authorized under Federal Rules of Civil Procedure Rule 26(a)(2)(c)(ii) is extended from April 12, 2011 to May 12, 2011.

**Date: 2/28/2011**

_____
GARLAND E. BURRELL, JR.
United States District Judge